UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CANDICE TUTTLE,<br><br>    Plaintiff,<br><br>v.<br><br>TRIAGELOGIC, LLC,<br><br>    Defendant. | Civil Action No.: 4:24-cv-110 |

### **SCHEDULING ORDER**

  Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, the Court issues the following scheduling order in this matter. With the parties having held a conference pursuant to Federal Rule of Civil Procedure 26(f) on September 6, 2024, and an informal scheduling conference with the Court on October 29, 2024, the following deadlines shall apply. These deadlines shall not be extended except upon a specific showing of good cause and order of the Court. Fed. R. Civ. P. 16(b)(4). It is the Court's expectation that the parties will not need an extension of these deadlines. The showing of good cause necessary to obtain an extension of any of these deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why the parties have not been able to meet the Court's deadlines. Bare boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is necessary" will not suffice to establish good cause.

  Additionally, should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first contact all other parties and determine if the other

parties join in, consent to, or oppose the request for an extension.   When filing the motion for an extension, the party requesting the extension must state in their motion for an extension whether the other parties join in, consent to, or oppose the request for an extension.

| | |
|---|---|
| DEADLINE TO EXCHANGE INITIAL DISCLOSURES | September 27, 2024 |
| DEADLINES FOR MOTIONS TO ADD PARTIES OR AMEND PLEADINGS | October 22, 2024 |
| DEADLINE FOR COMPLETION OF WRITTEN DISCOVERY, INSPECTION, AND EXAMINATIONS UNDER RULE 33 THROUGH 36 OF THE FEDERAL RULES OF CIVIL PROCEDURE | January 10, 2025 |
| DISCOVERY DEPOSITION OF WITNESSES WHO HAVE NOT BEEN DESIGNATED AS EXPERTS | March 11, 2025 |
| PLAINTIFF'S DEADLINE TO SERVE EXPERT WITNESS REPORTS | April 10, 2025 |
| DEFENDANT'S DEADLINE TO SERVE EXPERT WITNESS REPORTS | May 12, 2025 |
| DISCOVERY DEPOSITION OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | July 9, 2025 |
| STATUS REPORT DUE[1] | July 23, 2025 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | August 8, 2025 |

**SO ORDERED**, this 29th day of October, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] A Post-Discovery Status Report Form for Judge Baker's cases is available on the Court's website www.gas.uscourts.gov under "forms."   The parties are directed to use the content and format contained in this Form when reporting to the Court.

2