# United States District Court

## *Southern District of Georgia*

| | |
|---|---|
| Candice Tuttle | Case No. CV424-110 |
| Plaintiff | |
| v. | Appearing on behalf of |
| Triagelogic, LLC | Plaintiff, Candice Tuttle |
| Defendant | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __3rd__ day of __March__, __2025__.

_____
UNITED STATES MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Cheri Quigley, Esq. |
| Business Address: | Goddard Law PLLC |
| | Firm/Business Name |
| | 39 Broadway, Suite 1540 |
| | Street Address |
| | New York      NY      10006 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 646-964-1178 |
| | Telephone Number (w/ area code)    Georgia Bar Number |
| Email Address: | Cheri@goddardlawnyc.com |